

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00189-CV

IN RE RJH TRUCKING LTD.,                                    RELATORS
JOHNATHAN ALLEN HENDRIX,
AND RHJR LTD. D/B/A
BRIDGEPORT BUILDING CENTER

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. CV-11-1694

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

PANEL:  GARDNER, WALKER, and GABRIEL, JJ.

GABRIEL, J. would grant.

DELIVERED:  September 9, 2014